UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DACHSER US AIR & SEA LOGISTICS, INC.    CASE NO.: 8:23-cv-02016

                    Plaintiff

                                             JUDGMENT
              v .

EJK TILES, INC.

                    Defendant                                    _
                                    _____)

      Plaintiff Dachser US Air & Sea Logistics, Inc. shall have Judgment against Defendant EJK Tiles, Inc. as follows:

1.    Principal:            $84,000.00

2.    Interest:             $19,408.88

3.    Attorney's Fees:      $2400.00

4.    Costs:                $405.00

TOTAL:                      $106,213.88

Dated: February 10, 2026

*David O. Carter*

_____

HON. DAVID O. CARTER
U.S. DISTRICT JUDGE

JUDGMENT
1